UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. DEPONTE, | No. 2:24-cv-1262 DJC CSK P |
| Plaintiff, | |
| v. | ORDER |
| BOWMAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion for remand. (ECF No. 66.) For the following reasons, plaintiff's motion for remand is construed as briefing in support of the settlement conference.

This action is set for a settlement conference before Magistrate Judge Jeremy D. Peterson on March 19, 2025. (ECF No. 59.) In the motion for remand, plaintiff addresses the amount of money plaintiff would settle this action for. (ECF No. 66 at 1-2.) Plaintiff also states that plaintiff will not authorize anyone to represent plaintiff in this action unless that person is assigned by a federal judge.[1] (Id.) Because plaintiff's motion for remand addresses matters related to the settlement conference, plaintiff's motion for remand is construed as briefing in

---

[1] Counsel has not been appointed to represent plaintiff.

1

support of the settlement conference.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for remand (ECF No. 66) is construed as briefing in support of the settlement conference; no further orders will issue in response to plaintiff's motion for remand.

Dated: February 24, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Deponte1262.ord(3)/2

2